IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 21-13880-AA
_____

KIMBERLY REGENESIS, LLC,
DAMASCUS TRADING COMPANY, LLC,

                                            Plaintiffs - Appellees,

versus

LEE COUNTY,
a Florida political subdivision,

                                            Defendant - Appellant.

_____

No. 21-14434-AA
_____

In Re:

LEE COUNTY, FLORIDA,
a Florida political subdivision,
JOHN MANNING,
County Commissioner,
FRANK MANN,
County Commissioner,
CECIL PENDERGRASS,
County Commissioner,

                                            Petitioners.
_____

Appeals from the United States District Court
for the Middle District of Florida
_____

Before: JILL PRYOR and LAGOA, Circuit Judges.

BY THE COURT:

Before the Court are: (1) the Petition for Writ of Mandamus filed in case no. 21-14434; and (2) "Appellants/Petitioners Motion to Consolidate Case Nos. 21-14434 and 21-13880-J."

"Appellants/Petitioners Motion to Consolidate Case Nos. 21-14434 and 21-13880-J" is DENIED.

The Petition for Writ of Mandamus in case no. 21-14434 is HELD IN ABEYANCE pending resolution of the appeal in case no. 21-13880.